# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 11, 2012

Lyle W. Cayce
Clerk

No. 12-30223

LOUIS M. PHILLIPS,
in his capacity as the Chapter 11 Trustee
for the Bankruptcy Estate of
ADVOCATE FINANCIAL, L.L.C.,

Plaintiff-Appellee

v.

LEONARD CARDENAS III; and
LEONARD CARDENAS III, A Law Corporation,

Defendants-Appellants

Appeal from the United States District Court
for the Middle District of Louisiana
USDC 3:09-cv-01023

Before BARKSDALE, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

After reviewing the record, studying the briefs, and listening to oral arguments, we AFFIRM the judgment of the district court for essentially the same reasons given by the district court in its Order and Reasons of February 3, 2012, *Advocate Fin., LLC v. Cardenas*, No. 09-1023, 2012 WL 370189 (M.D.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-30223

La. Feb. 3, 2012) (unpublished), and its Judgment of February 6, 2012. AFFIRMED.